IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA IS FOR MOVERS, LLC, and ABIGAIL MCALLISTER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE FEDERAL CREDIT UNION,<br><br>    Defendant. | Case No. 1:23-cv-00576-DJN-IDD |

**UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Virginia is for Movers, LLC, and Abigail McAllister, by counsel, under Rule 23(e)(1)(B) of the Federal Rules of Civil Procedure, respectfully move the Court at the preliminary approval hearing scheduled for February 19, 2025, at 11:00 a.m., to grant preliminary approval to the attached class action Settlement Agreement and Release by entering the attached agreed Preliminary Approval Order.

In support of this Motion, Plaintiffs attach:

Att 1: Settlement Agreement and Release

Att 2: [Proposed] Preliminary Approval Order

Plaintiffs are also separately filing a Memorandum in Support.

Defendant does not oppose this motion.

Respectfully submitted,

Dated: February 6, 2025

*/s/ Devon J. Munro*
Devon J. Munro (VSB # 47833)
MUNRO BYRD, P.C.
120 Day Ave. SW, First Floor
Roanoke VA 24016
(540) 283-9343
dmunro@trialsva.com

Lynn A. Toops, *pro hac vice*
Vess A. Miller, *pro hac vice*
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 4204
(317) 636-6481
ltoops@cohenandmalad.com
vmiller@cohenandmalad.com

J. Gerard Stranch, IV, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave. Ste. 200
(615) 254-8801
gstranch@stranchlaw.com

*Counsel for Plaintiffs and the Proposed Settlement Classes*

## CERTIFICATE OF SERVICE

I certify that on February 6, 2025, I filed a copy of the foregoing document with this Court's Electronic Case Filing (ECF) system, to be served electronically on all counsel of record.

*/s/Devon J. Munro*
Devon J. Munro