### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| VIRGINIA IS FOR MOVERS, LLC, and ABIGAIL MCALLISTER, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE FEDERAL CREDIT UNION,<br><br>    Defendant. | Case No. 1:23-cv-00576-DJN-IDD |

### UNOPPOSED MOTION
### FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Virginia is for Movers, LLC, and Abigail McAllister, by counsel, under Rule 23(e)(2) of the Federal Rules of Civil Procedure, respectfully move the Court at the final approval hearing scheduled for June 17, 2025, at 2:00 p.m., to grant final approval to the attached class action Settlement Agreement and Release in this case.

In support of this Motion, Plaintiffs attach:

- **Att 1:** [Proposed] Final Approval Order
- **Att 2:** Declaration of Karen Rogan Re: Notice Procedures ("Rogan Decl.")
- **Att 3:** Settlement Agreement and Release

Plaintiffs are also separately filing a Memorandum in Support.

Defendant does not oppose this motion.

No Class Member has objected to the Settlement, and only one person has submitted a request for exclusion. Rogan Decl. ¶¶ 16–17. If any objections or additional exclusions are received before the final approval hearing, Class Counsel will file them with the Court.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 21, 2025 | */s/ Devon J. Munro* |
|  | Devon J. Munro (VSB # 47833) |
|  | MUNRO BYRD, P.C. |
|  | 120 Day Ave. SW, Suite 100 |
|  | Roanoke VA 24016 |
|  | (540) 283-9343 |
|  | dmunro@trialsva.com |

Lynn A. Toops, *pro hac vice*
Vess A. Miller, *pro hac vice*
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, Indiana 4204
(317) 636-6481
ltoops@cohenandmalad.com
vmiller@cohenandmalad.com

J. Gerard Stranch, IV, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Ave. Ste. 200
(615) 254-8801
gstranch@stranchlaw.com

*Counsel for Plaintiffs and the Proposed Settlement Classes*

## CERTIFICATE OF SERVICE

I certify that on April 21, 2025, I filed a copy of the foregoing document with this Court's Electronic Case Filing (ECF) system, to be served electronically on all counsel of record.

*/s/Devon J. Munro*
Devon J. Munro

2